# EXHIBIT B

| | |
|---|---|
| **From:** | Jennifer Dempsey |
| **To:** | Mariah Manley |
| **Cc:** | Alyson Foster; Tucker Byrd; Chantel Elkins; jkenworthy@kmclaw.com |
| **Subject:** | Re: Konala v. INBE |
| **Date:** | Wednesday, June 26, 2024 12:21:29 PM |
| **Attachments:** | image003.png |
| | image003.png |

Mariah,

The Utah district court rules require a joint motion and proposed order be submitted. When can we expect to receive those from INBE for review and approval?

Also, I note the you have not yet entered an appearance on INBE's behalf. If you no longer represent INBE, please advise immediately so Konola can proceed accordingly.

Thank you,
Jen Dempsey

Sent from my iPhone

> On Jun 7, 2024, at 9:42 AM, Mariah Manley <MManley@byrdcampbell.com> wrote:

Hi Jen,

Thank you so much!

**From:** Jennifer Dempsey <jen@dempseyfoster.com>
**Sent:** Friday, June 7, 2024 10:06 AM
**To:** Alyson Foster <alyson@dempseyfoster.com>; Mariah Manley <MManley@ByrdCampbell.com>
**Cc:** Tucker Byrd <tbyrd@ByrdCampbell.com>; Chantel Elkins <chantel@dempseyfoster.com>
**Subject:** RE: Konala v. INBE

Hi Mariah,

Alyson is out of pocket today, so I am responding on her behalf.  INBE may have a two-week extension to respond to the complaint.

Please reach out with additional questions.

Thank you,

Jen Dempsey

Dempsey Foster PLLC

714 W. State Street

Boise, Idaho 83702

Phone (208) 401-9533 | Mobile (208) 830-8461

Facsimile (855) 940-1879

Email jen@dempseyfoster.com

www.dempseyfoster.com

**DEMPSEY | FOSTER**

This email may contain information that is confidential or privileged and meant only for the intended recipients. If this is not you, please destroy all copies of this email and any attachments.

Please consider the environment before printing this email.

---

**From:** Alyson Foster <alyson@dempseyfoster.com>
**Sent:** Thursday, June 6, 2024 7:30 PM
**To:** Mariah Manley <MManley@ByrdCampbell.com>
**Cc:** Tucker Byrd <tbyrd@ByrdCampbell.com>; Jennifer Dempsey <jen@dempseyfoster.com>; Chantel Elkins <chantel@dempseyfoster.com>
**Subject:** RE: Konala v. INBE

Hi Mariah,

I am working on this and will get back to you quickly.

Best,
Alyson

**Alyson Foster**

Dempsey Foster PLLC

714 West State Street

Boise, Idaho 83702

Main (208) 401-9533 | Direct (208) 867-5354

Fax (855) 940-1879

Email alyson@dempseyfoster.com

www.dempseyfoster.com

**DEMPSEY | FOSTER**

This email may contain information that is confidential or privileged and meant only for the intended recipients. If this is not you, please destroy all copies of this email and any attachments.
Please consider the environment before printing this email.

---

**From:** Mariah Manley <MManley@ByrdCampbell.com>
**Sent:** Thursday, June 6, 2024 12:23 PM
**To:** Alyson Foster <alyson@dempseyfoster.com>
**Cc:** Tucker Byrd <tbyrd@ByrdCampbell.com>
**Subject:** Konala v. INBE

 **IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender MManley@ByrdCampbell.com**

Hi Alyson,

I hope this email finds you well. I just left you a voicemail explaining this so please forgive my repetitiveness, but we are counsel for INBE in the above-referenced matter. May we have a two-week extension to respond to the Complaint?

Thank you,

Mariah Manley, Esq.



**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, FL  32789
407-392-2285 Phone
407-815-2269 Direct
407-392-2286 Fax
MManley@ByrdCampbell.com

This e-mail message and all attachments transmitted with it may contain LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee.  If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited.  If you have received this message in error, please return to sender and delete this message and all copies and backups thereof.